728 A.2d 340

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Ferman McGEE, Petitioner.**

Supreme Court of Pennsylvania.

April 13, 1999.

David Crowley, Chief Public Defender, for Ferman McGee, petitioner.

## *ORDER*

PER CURIAM:

AND NOW, this 13th day of April, 1999, the Petition for Allowance of Appeal is hereby **GRANTED,** limited to the following issue:

> Whether the Double Jeopardy Clause of the United States Constitution precludes the criminal prosecution of a prisoner for possession of a weapon, where the Department of Corrections has determined that the prisoner violated prison regulations and has subjected him to disciplinary confinement for the conduct?